1
2
3
4
5
6
7
8
9                        UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

11

12
JUDIE DEPESA AND                    )   CASE NO: 3:10-CV-02323-JCS
13   GABRIELLE DEPESA,                  )   (Magistrate-Judge  Joseph  C.  Spero,
                                     )   Courtroom "A", 15th Floor)
14                                      )
           Plaintiffs,               )
15                                      )   [PROPOSED] ORDER RE:
      vs.                            )   STIPULATION TO EXTEND TIME
16                                      )   TO ANSWER PLAINTIFFS'
                                     )   COMPLAINT
17   ANTHEM BLUE CROSS LIFE AND       )
     HEALTH INSURANCE COMPANY,        )
18                                      )
                                     )   Complaint Filed: May 27, 2010
19           Defendant.               )
                                     )
20   ─────────────────────────────────

21        The parties having stipulated and agreed that defendant Anthem Blue Cross

22   Life And Health Insurance Company may have an extension of time of, up to and

23   including July 23, 2010 to answer plaintiffs' Complaint herein and that the extension

     does not exceed thirty (30) days.
24
     IT IS SO ORDERED.
25

26   Dated: 06/14/10

27                                              Magistr                           ge
                                                     Judge Joseph C. Spero
28

                                         1