UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO

| | |
|---|---|
| JUDIE DEPESA AND GABRIELLE DEPESA,<br><br>    Plaintiffs,<br><br>vs.<br><br>ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY,<br><br>    Defendant. | CASE NO: 3:10-CV-02323-JCS<br><br>~~PROPOSED~~ **ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to the stipulation of the parties, the above entitled action is dismissed with prejudice. Each party shall bear their own costs and attorneys fees.

**IT IS SO ORDERED.**

DATED: 12/02/10

JOSEPH _____
UNITED STATES DISTRICT JUDGE

*Judge Joseph C. Spero*

---

STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE

1